No. 157          February 25, 2026          495

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of K. W.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

K. W.,
*Appellant.*

Lane County Circuit Court
25CC03371; A187912

Debra E. Velure, Judge.

Submitted January 9, 2026.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Reversed.

**EGAN, J.**

Appellant seeks reversal of a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days, as well as an order prohibiting the purchase or possession of firearms. The trial court entered that judgment and order after finding that appellant suffered from a mental disorder that caused her to be unable to provide for her basic needs. *See* ORS 426.005(1)(f)(B) (2019), *amended by* Or Laws 2025, ch 559, § 4. We reverse.[1]

Appellant argues that the trial court plainly erred in failing to give the advice of rights required by ORS 426.100(1). *See State v. M. M.*, 288 Or App 111, 115, 405 P3d 192 (2017) (trial court's failure to advise appellant of all the possible results of civil commitment proceeding is plain error).

The state concedes the error. Having reviewed the record, we agree with and accept the state's concession. For the reasons expressed in *M. M.*, we exercise our discretion to correct the error. *Id.* at 116 (correction of the error is justified by the nature of the proceedings, the relative interests of the parties, and the ends of justice).

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.